Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
    amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **The Vicara Group LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 2 7 3 8 8 0 3 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5121 Roberts Rd** | |
| Number          Street | Number          Street |
| **Colleyville, TX 76034** | |
| City                         State      ZIP Code | City                         State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Tarrant** | |
| County | |
| | Number          Street |
| | |
| | City                         State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

Debtor   **The Vicara Group LLC**
Name                                                              Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor    **The Vicara Group LLC**                                           Case number *(if known)*
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　　　　　　　　　Number　　　Street<br><br>　　　　　　　　　　_____<br><br>　　　　　　　　　　_____<br>　　　　　　　　　　City　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **The Vicara Group LLC**

Name

Case number *(if known)*

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/09/2025**
MM/ DD/ YYYY

X  **/s/ Hassan Khwaja**
Signature of authorized representative of debtor

**Hassan Khwaja**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ Robert T DeMarco**
Signature of attorney for debtor

Date  **06/09/2025**
MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number    Street

**Dallas**
City

**TX**
State

**75251**
ZIP Code

**(972) 991-5591**
Contact phone

**robert@demarcomitchell.com**
Email address

**24014543**
Bar number

**TX**
State

**Fill in this information to identify the case:**

Debtor Name    **The Vicara Group LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Chase Bank** | **Checking account** | **9 2 7 7** | **$19,589.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$19,589.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor     **The Vicara Group LLC**                                                                                   Case number *(if known)* _____
           _____
           Name

| | |
|---|---|
| 7.2 _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 _____ | _____ |
| 8.2 _____ | _____ |

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

| | | |
|---|---|---|
| 11a. 90 days old or less: **$23,110.00** - **unknown** =.....➡ | | **$23,110.00** |
| face amount / doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: _____ - _____ =.....➡ | | _____ |
| face amount / doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$23,110.00**

---

**Part 4:**     Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                                       % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

---

Debtor **The Vicara Group LLC**
_____ Case number *(if known)* _____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
**instruments not included in Part 1**

Describe:

16.1 _____ _____ _____

16.2 _____ _____ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **The Vicara Group LLC**                                          Case number *(if known)* _____
       Name

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

                                                                   _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor    **The Vicara Group LLC**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **The Vicara Group LLC**
　　　　　Name

Case number *(if known)*

---

**48.**  **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____  _____  _____

48.2 _____    _____  _____  _____

**49.**  **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

**50.**  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____  _____  _____

**51.**  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.**  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.**  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Debtor    **The Vicara Group LLC**                                     Case number *(if known)* _____
     Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                    _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **The Vicara Group LLC**

Name                                                                      Case number *(if known)* _____

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➔     _____

                            Total face amount       doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

_____                             _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                             _____

**Nature of claim**     _____

**Amount requested**     _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                             _____

**Nature of claim**     _____

**Amount requested**     _____

76.  **Trusts, equitable or future interests in property**

_____                             _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                             _____

_____                             _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                _____

---

Debtor    **The Vicara Group LLC**                                          Case number *(if known)*
          Name

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,589.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,110.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................................ ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $42,699.00 | **+** 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | $42,699.00 |

Fill in this information to identify the case:

Debtor name __The Vicara Group LLC__

United States Bankruptcy Court for the: __Northern__    District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    _____

---

Fill in this information to identify the case:

Debtor name **The Vicara Group LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor **The Vicara Group LLC**
Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,144.00 |
|---|---|---|---|

**Altair Integrated Services, LLC**

**1525 Valley Center Pkwy Ste 100**

**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,937.00 |
|---|---|---|---|

**Capital One**

**PO Box 30285**

**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,532.00 |
|---|---|---|---|

**Chase**

**Card Member Services**

**PO Box 1423**

**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253,169.00 |
|---|---|---|---|

**ODK CAPITAL, LLC**

**4700 W. Daybreak Pkwy., Suite 200**

**South Jordan, UT 84009**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **The Vicara Group LLC**                                                        Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,240.00
| | **Revenued** | *Check all that apply.* |
| | | ☑ Contingent |
| | **525 Washington Blvd., 22nd Floor** | ☑ Unliquidated |
| | **Jersey City, NJ 07310** | ☑ Disputed |
| | | **Basis for the claim:** **MCA** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,956.00
| | **US Bank** | *Check all that apply.* |
| | | ☐ Contingent |
| | **P..O. Box 790408** | ☐ Unliquidated |
| | **Saint Louis, MO 63179** | ☐ Disputed |
| | | **Basis for the claim:** **Revolving Debt** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00
| | **US Bank** | *Check all that apply.* |
| | | ☐ Contingent |
| | **P..O. Box 790408** | ☐ Unliquidated |
| | **Saint Louis, MO 63179** | ☐ Disputed |
| | | **Basis for the claim:** **Revolving Debt** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,300.00
| | **WebBank** | *Check all that apply.* |
| | | ☑ Contingent |
| | **P.O. Box 757** | ☑ Unliquidated |
| | **Portsmouth, NH 03802** | ☑ Disputed |
| | | **Basis for the claim:** **Invoice Loan** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes |

Debtor    **The Vicara Group LLC**
Name                                                      Case number *(if known)*

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,715.00 |

**3.9** Nonpriority creditor's name and mailing address

**WebBank**

**P.O. Box 757**

**Portsmouth, NH 03802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Invoice Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$1,715.00

---

**3.10** Nonpriority creditor's name and mailing address

**WebBank**

**P.O. Box 757**

**Portsmouth, NH 03802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Invoice Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$4,595.00

---

**3.11** Nonpriority creditor's name and mailing address

**WebBank**

**P.O. Box 757**

**Portsmouth, NH 03802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$5,235.00

---

**3.12** Nonpriority creditor's name and mailing address

**WebBank**

**P.O. Box 757**

**Portsmouth, NH 03802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Invoice Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$2,581.00

---

Debtor   **The Vicara Group LLC**
_____
         Name

Case number *(if known)* _____

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.   **Total claims from Part 2** | 5b. **+** | **$382,764.00** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$382,764.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Vicara Group LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.   Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Vicara Group LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | **Khwaja, Hassan** | **5121 Roberts Road** <br> Street | **ODK CAPITAL, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Colleyville, TX 76034** <br> City    State    ZIP Code | **Revenued** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Capital One** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **US Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **US Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | **Chase** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **The Vicara Group LLC**
Name                          Case number (if known) _____

**Additional Page if Debtor Has More Codebtors**

> **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City     State     ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Fill in this information to identify the case:

Debtor name _____ **The Vicara Group LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| **Part 1:** | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................. | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................... | $42,699.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................. | $42,699.00 |

| **Part 2:** | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | + $382,764.00 |

4. **Total liabilities**.................................................................................................................................................... | $382,764.00 |
   Lines 2 + 3a + 3b

```
Fill in this information to identify the case:

Debtor name        The Vicara Group LLC

United States Bankruptcy Court for the:
                   Northern District of Texas

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __06/09/2025__          **X** /s/ Hassan Khwaja
　　　　　　　　MM/ DD/ YYYY               Signature of individual signing on behalf of debtor

                                        **Hassan Khwaja**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **The Vicara Group LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$561,445.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,003,011.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,588,036.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor
The Vicara Group LLC

Name

Case 25-42109-mxm11    Doc 1    Filed 06/09/25    Entered 06/09/25 16:22:32    Desc Main
Document    Page 26 of 48

Case number *(if known)*

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached** <br> Creditor's name <br><br> Street <br><br> City          State     ZIP Code | | **$162,833.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br> City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **The Vicara Group LLC**                                                    Case number *(if known)*
_____
Name

5.1. _____        _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State    ZIP Code

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code | _____ <br><br> XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name <br> _____ <br> Street <br> _____ <br><br> _____ <br> City      State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | | |

## 8.  Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   The Vicara Group LLC                                                    Case number *(if known)*
         Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | **Case title** | **Court name and address** |
| Street |  | Name |
|  | **Case number** | Street |
| City          State     ZIP Code |  | |
|  | **Date of order or assignment** | City          State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name |  |  |  |
| Street |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Recipient's relationship to debtor** |  |  |  |

---

**Part 5:   Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** |  |  |  |

---

**Part 6:   Certain Payments or Transfers**

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor     **The Vicara Group LLC**                                                    Case number *(if known)*
_____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **06/05/2025** | **$12,500.00** |

Address

**12770 Coit Road, Suite 850**
Street
_____

**Dallas, TX 75251**
City                          State     ZIP Code

Email or website address

**robert@demarcomitchell.com**

Who made the payment, if not debtor?
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Trustee
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    **The Vicara Group LLC**                                          Case number *(if known)*
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City        State    ZIP Code | From _____ To _____ |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| _____ <br> Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City        State    ZIP Code | _____ <br><br> _____ | *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

---

Debtor ___The Vicara Group LLC_____   Case number *(if known)* _____
        Name

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    The Vicara Group LLC
_____    Case number *(if known)* _____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **The Vicara Group LLC**                                    Case number *(if known)* _____

Name

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | | |
| | City        State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State   ZIP Code | City        State   ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State   ZIP Code | City        State   ZIP Code | _____ | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

Debtor     **The Vicara Group LLC**                                    Case number *(if known)*
           Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Zeeshan Khaliq, CPA**<br>Name | From _____   To _____ |
| **2201 Spinks Rd, #227**<br>Street | |
| **Flower Mound, TX 75022**<br>City          State     ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Collective Hub, Inc**<br>Name | From _____   To _____ |
| **548 Market St PMB 21938**<br>Street | |
| **San Francisco, CA 94104**<br>City          State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Hassan Khwaja**<br>Name | From _____   To _____ |
| **5121 Roberts Road**<br>Street | |
| **Colleyville, TX 76034**<br>City          State     ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

Name

_____

Street

_____

City                     State            ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |

Name

Street

City                     State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |

Name

Street

City                     State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hassan Khwaja** | **5121 Roberts Road Colleyville, TX 76034** | **Managing Member, Member** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor    The Vicara Group LLC _____    Case number *(if known)* _____
          Name

_____    _____    _____    From _____
                                                                                To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Hassan Khwaja** <br> Name | **$534,880** | | **Compensation** |
| **5121 Roberts Road** <br> Street | | | |
| **Colleyville, TX 76034** <br> City          State          ZIP Code | | | |
| Relationship to debtor | | | |
| **Owner / Managing Member** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Imad Khwaja** <br> Name | **$53,846.24** | | **Salary** |
| Street | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Julia Ponce** <br> Name | **$63,504.02** | | **Salary** |
| Street | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Debtor    The Vicara Group LLC

Name

Case 25-42109-mxm11    Doc 1    Filed 06/09/25    Entered 06/09/25 16:22:32    Desc Main
Document    Page 37 of 48    Case number (if known) _____

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/09/2025**

MM/  DD/  YYYY

**X** **/s/ Hassan Khwaja**                          Printed name          **Hassan Khwaja**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

# Transaction List by Vendor
## The Vicara Group LLC
### March 9-June 6, 2025

| Date | Memo/Description | Amount |
|------|-----------------|--------|
| **Altair Integrated Services LLC** | | |
| 04/01/2025 | Online ACH Payment XXXXXXX5515 To AltairIntegratedServices (_#########6330) | -29,736.00 |
| 06/02/2025 | Online ACH Payment XXXXXXX6828 To AltairIntegratedServices (_#########6330) | -12,144.00 |
| **Total for Altair Integrated Services LLC** | | **-$41,880.00** |
| **Blue Cross Blue Shield** | | |
| 03/29/2025 | ENTRY DESCR:OBPPAYMT SEC:CCD  TRACE#:043000261279099 EED:220429  IND ID:8937108313          IND NAME:THE VICARA GROUP LLC TRN: 1191279099TC | -1,607.85 |
| 04/30/2025 | ENTRY DESCR:OBPPAYMT SEC:CCD  TRACE#:043000261279099 EED:220429  IND ID:8937108313          IND NAME:THE VICARA GROUP LLC TRN: 1191279099TC | -3,350.58 |
| 05/30/2025 | ENTRY DESCR:OBPPAYMT SEC:CCD  TRACE#:043000261279099 EED:220429  IND ID:8937108313          IND NAME:THE VICARA GROUP LLC TRN: 1191279099TC | -3,350.58 |
| **Total for Blue Cross Blue Shield** | | **-$8,309.01** |
| **OnDeck** | | |
| 03/28/2025 | ENTRY DESCR:X3039 SEC:CCD TRACE#:XXXXXXXX4896455 EED:250328 IND ID:257174633 IND NAME:THE V ICARA GROUP LLC XXXX0327N TRN: XXXXXX6455 TC | -3,723.08 |
| 04/04/2025 | ENTRY DESCR:X3235 SEC:CCD TRACE#:XXXXXXXX5243685 EED:250404 IND ID:258538957 IND NAME:THE V ICARA GROUP LLC XXXX0403M TRN: XXXXXX3685 TC | -3,723.08 |
| 04/11/2025 | ENTRY DESCR:X3423 SEC:CCD TRACE#:XXXXXXXX3249434 EED:250411 IND ID:259621902 IND NAME:THE V ICARA GROUP LLC XXXX0410M TRN: XXXXXX9434 TC | -3,723.08 |
| 04/18/2025 | ENTRY DESCR:X3617 SEC:CCD TRACE#:XXXXXXXX6580512 EED:250418 IND ID:260795656 IND NAME:THE V ICARA GROUP LLC XXXX0417M TRN: XXXXXX0512 TC | -3,723.08 |
| 04/25/2025 | ENTRY DESCR:X3811 SEC:CCD TRACE#:XXXXXXXX1402676 EED:250425 IND ID:261868945 IND NAME:THE V ICARA GROUP LLC XXXX0424M TRN: XXXXXX2676 TC | -3,723.08 |
| 05/02/2025 | ENTRY DESCR:X4009 SEC:CCD TRACE#:XXXXXXXX8885362 EED:250502 IND ID:263208629 IND NAME:THE V ICARA GROUP LLC XXXX0501M TRN: XXXXXX5362 TC | -3,723.08 |
| 05/09/2025 | ENTRY DESCR:X4201 SEC:CCD TRACE#:XXXXXXXX1657591 EED:250509 IND ID:264338007 IND NAME:THE V ICARA GROUP LLC XXXX0508M TRN: XXXXXX7591 TC | -3,723.08 |
| 05/16/2025 | ENTRY DESCR:X4395 SEC:CCD TRACE#:XXXXXXXX6310972 EED:250516 IND ID:265546411 IND NAME:THE V ICARA GROUP LLC XXXX0515M TRN: XXXXXX0972 TC | -3,723.08 |
| 05/23/2025 | ENTRY DESCR:X4589 SEC:CCD TRACE#:XXXXXXXX9515732 EED:250523 IND ID:266674064 IND NAME:THE V ICARA GROUP LLC XXXX0522M TRN: XXXXXX5732 TC | -3,723.08 |

| | |
|---|---|
| ENTRY DESCR:X4745 SEC:CCD TRACE#:XXXXXXX1501831 EED:250530 IND<br>05/30/2025 ID:267786202 IND NAME:THE V ICARA GROUP LLC XXXX0529M TRN: XXXXXX1831 TC | -3,723.08 |
| **Total for OnDeck** | **-$37,230.80** |

QuickBooks Payments

| | |
|---|---|
| 03/14/2025 INTUIT *QBooks Payroll - 0993 | 211.07 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX1474170 EED:250317 IND ID:<br>03/15/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX4170 TC | -879.24 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX4022821 EED:250318 IND ID:<br>03/18/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX2821 TC | -201.15 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX4022819 EED:250318 IND ID:<br>03/18/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX2819 TC | -602.93 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX7862084 EED:250326 IND ID:<br>03/26/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX2084 TC | -1,347.60 |
| 03/27/2025 INTUIT *QBooks Online | 69.29 |
| DESCR:QBooks OnlSEC:CCD TRACE#:XXXXXXXX4243064 EED:250331 IND ID:7927046<br>03/31/2025 IND NAME:THE VICARA GROUP LLC XXX-XXX-8848 TRN: XXXXXX3064 TC | -69.29 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX7995067 EED:250408 IND ID:<br>04/08/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX5067 TC | -7,216.31 |
| DESCR:QuickBooksSEC:CCD TRACE#:XXXXXXXX4478787 EED:250411 IND ID:2565109<br>04/11/2025 IND NAME:THE VICARA GROUP LLC XXX-XXX-8848 TRN: XXXXXX8787 TC | -108.73 |
| 04/14/2025 INTUIT *QBooks Online - 0993 | 211.07 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX6351689 EED:250415 IND ID:<br>04/15/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX1689 TC | -879.24 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX1839159 EED:250416 IND ID:<br>04/16/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX9159 TC | -201.15 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX1839161 EED:250416 IND ID:<br>04/16/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX9161 TC | -602.93 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX2651493 EED:250423 IND ID:<br>04/23/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX1493 TC | -46,765.44 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX3920331 EED:250428 IND ID:<br>04/26/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX0331 TC | -1,347.60 |
| 04/27/2025 INTUIT *QBooks Online | 69.29 |
| DESCR:QBooks OnlSEC:CCD TRACE#:XXXXXXXX9294859 EED:250429 IND ID:9024104<br>04/29/2025 IND NAME:THE VICARA GROUP LLC XXX-XXX-8848 TRN: XXXXXX4859 TC | -69.29 |
| DESCR:QuickBooksSEC:CCD TRACE#:XXXXXXXX2722675 EED:250512 IND ID:3544682<br>05/12/2025 IND NAME:THE VICARA GROUP LLC XXX-XXX-8848 TRN: XXXXXX2675 TC | -108.73 |
| ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX2715887 EED:250515 IND ID:<br>05/15/2025 IND NAME:THE VICARA GROUP LLC TRN: XXXXXX5887 TC | -879.24 |

| | | |
|---|---|---|
| | ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX6310968 EED:250516 IND ID: | |
| 05/16/2025 | IND NAME:THE VICARA GROUP LLC TRN: XXXXXX0968 TC | -602.93 |
| | ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX6310970 EED:250516 IND ID: | |
| 05/16/2025 | IND NAME:THE VICARA GROUP LLC TRN: XXXXXX0970 TC | -201.15 |
| | ENTRY DESCR:QBC_PMTS SEC:CCD TRACE#:XXXXXXXX6083642 EED:250528 IND ID: | |
| 05/28/2025 | IND NAME:THE VICARA GROUP LLC TRN: XXXXXX3642 TC | -1,347.60 |
| 05/28/2025 | INTUIT *QBooks Online | 69.29 |
| | DESCR:QBooks OnlSEC:CCD TRACE#:XXXXXXXX2055099 EED:250529 IND ID:0343181 | |
| 05/29/2025 | IND NAME:THE VICARA GROUP LLC XXX-XXX-8848 TRN: XXXXXX5099 TC | -69.29 |
| **Total for QuickBooks Payments** | | **-$62,869.83** |
| Revenued | | |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX4257280 EED:250314 IND ID:5083553 IND | |
| 03/14/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ3FD7FBC5D6A3B718¨ TRN: XXXXXX7280 TC | -1,490.45 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX3638246 EED:250321 IND ID:5083553 IND | |
| 03/21/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ0B1E5034DF9EC2B0¨ TRN: XXXXXX8246 TC | -1,822.19 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX6580509 EED:250418 IND ID:5083553 IND | |
| 04/18/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ3CC0E0EED952BF72¨ TRN: XXXXXX0509 TC | -865.44 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX1402673 EED:250425 IND ID:5083553 IND | |
| 04/25/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ78CDD71CXX7641AF¨ TRN: XXXXXX2673 TC | -1,442.40 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX8885364 EED:250502 IND ID:5083553 IND | |
| 05/02/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ8E5E55A0C4D4A865¨ TRN: XXXXXX5364 TC | -1,442.40 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX1657588 EED:250509 IND ID:5083553 IND | |
| 05/09/2025 | NAME:The Vicara Grou p LLC Collect:ŸFC1D3213CA5C36B9¨ TRN: XXXXXX7588 TC | -1,442.40 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX6310965 EED:250516 IND ID:5083553 IND | |
| 05/16/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ57FXXX2463ADBAAD¨ TRN: XXXXXX0965 TC | -1,442.40 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX9515729 EED:250523 IND ID:5083553 IND | |
| 05/23/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ410F7BEDB6AA6691¨ TRN: XXXXXX5729 TC | -1,442.40 |
| | DESCR:Debit SEC:CCD TRACE#:XXXXXXXX1501828 EED:250530 IND ID:5083553 IND | |
| 05/30/2025 | NAME:The Vicara Grou p LLC Collect:Ÿ3529D2C3AAX2163B¨ TRN: XXXXXX1828 TC | -1,153.92 |
| **Total for Revenued** | | **-$12,544.00** |
| | **TOTAL** | **-$162,833.64** |

Cash Basis

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **The Vicara Group LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ODK CAPITAL, LLC 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | | MCA | Contingent Disputed Unliquidated | | | $253,169.00 |
| 2 | Revenued 525 Washington Blvd., 22nd Floor Jersey City, NJ 07310 | | MCA | Contingent Disputed Unliquidated | | | $57,240.00 |
| 3 | WebBank P.O. Box 757 Portsmouth, NH 03802 | | Invoice Loan | Contingent Disputed Unliquidated | | | $13,300.00 |
| 4 | US Bank P..O. Box 790408 Saint Louis, MO 63179 | | Revolving Debt | | | | $12,956.00 |
| 5 | Chase Card Member Services PO Box 1423 Charlotte, NC 28201-1423 | | Revolving Debt | | | | $12,532.00 |
| 6 | Altair Integrated Services, LLC 1525 Valley Center Pkwy Ste 100 Bethlehem, PA 18017 | | Vendor | | | | $12,144.00 |
| 7 | Capital One PO Box 30285 Salt Lake City, UT 84130 | | Revolving Debt | | | | $6,937.00 |
| 8 | WebBank P.O. Box 757 Portsmouth, NH 03802 | | MCA | Contingent Disputed Unliquidated | | | $5,235.00 |

Debtor   **The Vicara Group LLC**                                Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 WebBank P.O. Box 757 Portsmouth, NH 03802 | | Invoice Loan | Contingent Disputed Unliquidated | | | $4,595.00 |
| 10 WebBank P.O. Box 757 Portsmouth, NH 03802 | | Invoice Loan | Contingent Disputed Unliquidated | | | $2,581.00 |
| 11 WebBank P.O. Box 757 Portsmouth, NH 03802 | | Invoice Loan | Contingent Disputed Unliquidated | | | $1,715.00 |
| 12 US Bank P..O. Box 790408 Saint Louis, MO 63179 | | Revolving Debt | | | | $360.00 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**    The Vicara Group LLC

Case No. _____

**Debtor**                                      Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................... **$12,500.00**

Prior to the filing of this statement I have received ................................................................ **$12,500.00**

Balance Due ............................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/09/2025 | /s/ Robert T DeMarco |
|---|---|
| *Date* | Robert T DeMarco |
| | *Signature of Attorney* |

Bar Number: 24014543
DeMarco Mitchell, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251
Phone: (972) 991-5591

**DeMarco Mitchell, PLLC**
*Name of law firm*

---

Date:    **06/09/2025**                **/s/ Hassan Khwaja**

                                    **Hassan Khwaja**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **The Vicara Group LLC**                                                      CASE NO

                                                                                                  CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/09/2025**___     Signature _____**/s/ Hassan Khwaja**_____

                                                                    Hassan Khwaja, Managing Member

Altair Integrated Services, LLC
1525 Valley Center Pkwy Ste 100
Bethlehem, PA 18017

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201-1423

Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Hassan Khwaja
5121 Roberts Road
Colleyville, TX 76034

ODK CAPITAL, LLC
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

Revenued
525 Washington Blvd., 22nd Floor
Jersey City, NJ 07310

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

US Bank
P..O. Box 790408
Saint Louis, MO 63179

WebBank
P.O. Box 757
Portsmouth, NH 03802

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                          CHAPTER  **11**
**The Vicara Group LLC**

DEBTOR(S)                                                                       CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| **Hassan Khwaja**<br>5121 Roberts Rd<br>Colleyville, TX 76034 | Interest | 100% | Member |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **06/09/2025**_____            Signature: **/s/ Hassan Khwaja**_____
                                                                                    *Hassan Khwaja, Managing Member*